UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| In re the Application of: | § | |
| | § | |
| Edgar Andres Soto Pena, | § | |
|     Petitioner | § | |
| | § | Civil Action No. 1:17-cv-00903-RP |
| and | § | |
| | § | |
| Alejandra Eggleton Serrano, | § | |
|     Respondent | § | |

**MOTION FOR ISSUANCE OF SERVICE OF CITATION BY U.S. MARSHALS**

Comes now the Petitioner EDGAR ANDRES SOTO PENA in the above styled and numbered cause by and through his attorneys of record, Patricio Garza Izaguirre and Gary Caswell, and hereby requests the Court order issuance of Citation and service of the Verified Petition for Return of Children to Their Habitual Residence (Mexico); Motion for Temporary Restraining Order *Ne Exeat* and Order Setting Expedited Hearing; Motion for Issuance of Service of Citation by U.S. Marshall's; Temporary Restraining Order *Ne Exeat;* and Order Setting Expedited Hearing on Temporary Injunction upon the Respondent ALEJANDRA EGGLETON SERRANO, by the U.S. Marshals Service at:

21321 Hines Ln, Pflugerville, TX 78660

A photograph of Respondent ALEJANDRA EGGLETON SERRANO can be found on page 46 of Exhibit A of the Verified Petition for Return of Children filed in this cause, and photographs of the children can be provided to the U.S. Marshals Service upon informal request to petitioner's attorneys.

Respectfully submitted,

PATRICIO GARZA IZAGUIRRE
Garza & Narvaez, PLLC
7600 Chevy Chase Dr. - Ste. 118
Austin, TX 78752
Tel  (512) 485 3005
Fax (512) 992 1656
patricio@garzanarvaez.com
Texas State Bar No. 24087568

GARY CASWELL
110 Broadway, Suite 510
San Antonio, Texas 78205  USA
Office: +210-202-2312
Mobile +210-414-1645
Fax:  +210-701-8293
caswell.gary@gmail.com
Texas State Bar No. 03997500

By:

/s/ *Patricio Garza Izaguirre*
_____
PATRICIO GARZA IZAGUIRRE

ATTORNEYS FOR PETITIONER